The days are important. Here's the situation. November's almost fixed. The date is in here. We have our problems or we are having some problems, or we have something ice here. There are that's what counts. August beyond fixed, and a month is above that. August is the month of April. And the problem is, as you all can see, there are just nine months left for the purpose of engaging. The answer is regarding the variety of persons that are going to be searched. And the more important thing is the time that they actually come home. And such as early consultation, however, the time is even more important. So it's G-R-E-D-E-C-U-S-E. The first image that we're going to have for the persons that will be engaged here is the first eight months. The first eight months are leading to what? The first eight months of search. And all the parties in the country in terms of the three key documents that are important, are going to be searched. So this is not an issue that's on the table. It's an issue that's on the table. And since it's not an object of concern, it is only local government law. When we hear this, persons searching for all kinds of information when they register and file it. Here are the three key documents that are on the table. So as part of charges,  The second report pos Brexit Info In addition to these three issues, those should have testified to the public including coverage and insurance and presidential seal on overseas countries coverage of foreign and international agencies. So if you say you're interested in any of this, all you need to do is just look at the title. So these are things you need to represent. You need to certify that. All these must pass the tribunal and so if you hear any of these things, your charges will be settled and so close to that they should be clarifying how the rest of the group behave in relating to foreign agencies. If you have any evidence we can use to help you investigate this issue. Well, the first youth selves are indicted for professional abuse and violent issues. Here is one more leaflet for each individual who hasicles that you are interested in. And here is one. So that's the investigation. How do you think the Chinese community or how do you feel as far as how do you feel as far as your youth selves are interested in? Well, you are right. I'm not sure you have anything to say to those of you that are here. I'm just not sure that you will want to comment on this. But I think it is a major and very important steering change which is starting to emerge in the Chinese state that there was some possible consequences. You know, this is a kind of a design  that has to be a public and a public and a public and a public because if I can state this proposition that spouse security should not be the consequence of what you are saying that in this Supreme Court has to compel the right of a spouse security intervention since it is defined and used to determine the content of a spouse security which is to avoid having the right to the relationship since it is designed to provide for a spouse security since it is defined as a person  as a spouse security since it is defined as a person since it is defined as a person and as a spouse security in general, the way that it is said is to be a service or a course which is to be a reason to determine the owner of the business that is to be done by the status of the person or the relationship and even the whole group having decided that the person or the family of the spouse security is the same so, the only thing that you need to understand is that the choice of a spouse security is a person's decision  is a person's decision and the choice is a person's choice and the choice is a person's decision and the choice is a person's decision and the choice is a person's decision When we were a system , what we do is we have a system and   a system and we have a system and we
judges: Silverman, Nguyen, Garbis